# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KIM AMANDA FARAH,<br><br>    Defendant. | NO. MJ09-594<br><br>DETENTION ORDER |

<u>Offense charged</u>:

    Count 1:    Possession of MDMA With Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)

<u>Date of Detention Hearing</u>: December 16, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

(2)    Defendant is a Canadian citizen with no ties to this community.

(3) The evidence against the defendant, although the least important 18 U.S.C. § 3142(g) detention factor, is strong. MDMA with a street value of $2,000,000 was seized from the vehicle in which defendant was a passenger. She thought the contraband was "weed" and believed she was going to jail.

(4) Defendant has no real means of support.

(5) Defendant's mental health issues, which include PTSD and depression, enhance the possibility of non-appearance.

(6) There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of December, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3